**Motion Denied; Petition for Writ of Mandamus Denied and Memorandum Opinion filed April 14, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00243-CV

---

### IN RE HAIDAR BARBOUTI, Relator

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
245th District Court
Harris County, Texas
Trial Court Cause No. 2020-40106**

---

## MEMORANDUM OPINION

On April 5, 2022, relator Haidar Barbouti filed a petition for writ of mandamus and motion for emergency stay in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Tristan Longino, presiding judge of the 245th District Court of Harris County, to vacate the trial court's March 29, 2022 temporary orders and reinstate the Agreed Order pending final orders in the modification suit.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus and motion for emergency stay.

PER CURIAM

Panel consists of Justices Wise, Poissant, and Wilson.